In the Matter of Proving the Last Will and Testament of MARY E. PHILLIP, Deceased.— Motion granted and appeal dismissed for failure of appellant to comply with stipulation dated September 16, 1924. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

CLARE L. RICKERT, Respondent, v. L. G. SCHOEPFLIN COMPANY, Appellant.— Motion to dismiss appeal granted unless appellant shall file and serve the printed papers and printed briefs and pay to respondent's attorney ten dollars by February twentieth and shall be ready to argue the appeal at the opening of the March term. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

SARAH DONOVAN, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Motion to dismiss appeal granted unless appellant shall file and serve the printed papers on appeal by January thirteenth. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

GEORGE B. FERRICK and Another, Respondents, v. BUFFALO AND WILLIAMSVILLE ELECTRIC RAILWAY, Appellant.— Motion to dismiss appeals granted, unless appellant shall file and serve the printed papers and printed briefs on appeal on or before February twentieth, and shall place the appeal on the March term calendar. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

JOSEPHINE SUCHER and Another, as Administrators, etc., Respondents, v. GEORGE B. MILES, Appellant.— Motion to dismiss appeal granted unless appellant shall file and serve the printed papers and printed briefs on appeal by February twentieth and shall be ready for argument at the opening of the March term.

JAMES V. NOCERO, Appellant, v. JOHN DENITTO and Another, Respondents.— Motion to dismiss appeal granted unless appellant shall file and serve printed briefs on appeal by January eighth and shall be ready to argue the appeal on any day during the second week of the present term, at the option of respondent. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS H. LARKIN, Appellant.— Motion to dismiss appeal denied upon condition that appellant shall be ready for argument on January twelfth, exhibits not already printed to be furnished in typewritten form if appellant is unable to procure same to be printed in time for argument. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

In the Matter of the Appointment of Hon. CHARLES A. POOLEY as an Official Referee.— Order entered appointing Hon. Charles A. Pooley of Buffalo as an official referee pursuant to the provisions of section 115 of the Judiciary Law.*

KATHERINE B. HANRAHAN, as Executrix, etc., of MARTIN T. HANRAHAN, Deceased, Respondent, v. UNADILLA VALLEY RAILWAY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

A. W. BURRITT COMPANY Appellant, v. PALMER-MARCY Co., INC., Respondent. — Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

---

* Amd. by Laws of 1924, chap. 285.— [REP.